```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 32524
    OLLIA ELIZABETH BURRESS TAYLOR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7692


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 08/17/2005 and was confirmed 10/12/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

       The case was dismissed after confirmation 10/24/2007.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID             PAID
--------------------------------------------------------------------------
  HOMECOMINGS FINANCIAL NE  CURRENT MORTG         .00             .00              .00
  LASALLE BANK NA           CURRENT MORTG         .00             .00              .00
  LASALLE BANK NA           MORTGAGE ARRE      341.87             .00           341.87
  AMERICAN SUZUKI FINANCIA  SECURED          14900.00         3028.16          7139.64
  AMERICAN SUZUKI FINANCIA  UNSEC W/INTER       25.21             .00              .00
  CAPITAL ONE BANK          UNSEC W/INTER      662.80             .00              .00
  CITY OF CHICAGO DEPT OF   UNSEC W/INTER NOT FILED              .00              .00
  CCS PAYMENT PROCESSING C  UNSEC W/INTER NOT FILED              .00              .00
  EDUCATIONAL FUNDING CO    UNSEC W/INTER NOT FILED              .00              .00
  FAIRVIEW PROPERTY TAX     UNSEC W/INTER NOT FILED              .00              .00
  GC SERVICES DATA CONTROL  UNSEC W/INTER NOT FILED              .00              .00
  AT & T BANKRUPCTY         NOTICE ONLY   NOT FILED              .00              .00
  NES ILLINOIS INC          UNSEC W/INTER NOT FILED              .00              .00
  NICOR GAS                 UNSEC W/INTER     1494.16             .00              .00
  CBCS                      NOTICE ONLY   NOT FILED              .00              .00
  NIGHTINGALE CONANT NWM    UNSEC W/INTER NOT FILED              .00              .00
  PCDI                      UNSEC W/INTER NOT FILED              .00              .00
  RETRIEVAL MASTERS CREDIT  NOTICE ONLY   NOT FILED              .00              .00
  SOUTHWEST CREDIT          UNSEC W/INTER NOT FILED              .00              .00
  HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE     1645.44             .00          1645.44
  CBA COLLECTION BUREAU     NOTICE ONLY   NOT FILED              .00              .00
  AT & T BANKRUPCTY         NOTICE ONLY   NOT FILED              .00              .00
  STITT KLEIN DADAY & ARET  UNSEC W/INTER      374.00             .00              .00
  TRANSWORLD SYSTEMS        UNSEC W/INTER NOT FILED              .00              .00
  CURVES FOR WOMEN          NOTICE ONLY   NOT FILED              .00              .00
  TRU GREEN CHEMLAWN        UNSEC W/INTER NOT FILED              .00              .00
  ERNESTO D BORGES JR       DEBTOR ATTY       2,300.00                         2,300.00
  TOM VAUGHN                TRUSTEE                                              808.80
  DEBTOR REFUND             REFUND                                                  .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 32524 OLLIA ELIZABETH BURRESS TAYLOR
```

```
                             RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                     15,263.91

PRIORITY                                                  .00
SECURED                                              9,126.95
    INTEREST                                         3,028.16
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,300.00
TRUSTEE COMPENSATION                                   808.80
DEBTOR REFUND                                             .00
                            ---------------     ---------------
TOTALS                      15,263.91               15,263.91
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 01/25/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 05 B 32524 OLLIA ELIZABETH BURRESS TAYLOR